1171; Ellis v. Lewis, Tex.Civ.App., 142 S. W.2d 294; Ft. Worth & D. C. R. Co. v. Decatur Cotton Seed Oil Co., Tex.Civ.App., 179 S.W. 1104; Presnall v. Raley, Tex.Civ. App., 27 S.W. 200.

The pleadings, the evidence, and the findings of the jury sustain the judgment of the trial court, and the Court of Civil Appeals erred in reversing that judgment and rendering judgment for the city.

The judgment of the Court of Civil Appeals is reversed, and the judgment of the trial court is affirmed.

## STEPHENSON v. STATE.

### No. 23845.

Court of Criminal Appeals of Texas.

Dec. 10, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving while intoxicated an automobile on a public highway in Atascosa County.

Appellant was tried before a jury upon a plea of not guilty. The jury returned a verdict of guilty and assessed the punish-

ment at a fine of fifty dollars and thirty days in jail.

The proceedings appear to be regular. No statement of facts or bills of exception are brought forward.

The judgment is affirmed.